IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:

| | | |
|---|---|---|
| Richard McKanna<br>Debra McKanna, | / | Related Case **03-34166** |
| Debtors. | / | Judge **Richard L Speer** |
| Richard Richard<br>Debra McKanna<br>551 Turner Ave<br>#76<br>Lima OH 45804 | /<br>/<br>/<br>/ | Adversary Case _____ |
| Plaintiffs | | |
| -vs- | / | |
| Superior Auto<br>3590 Elida Road<br>Elida OH 45807 | /<br>/ | **COMPLAINT FOR<br>VIOLATION OF<br>AUTOMATIC STAY** |
| Defendants. | / | |

The Debtors/Plaintiffs, Richard Richard and Debra McKanna, by and through their attorney Randy L Reeves #0009934 represent:

1. This is a core proceeding. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. Section 157 and 1334 and 11 U.S.C. Section 362.

2. That the Debtors caused to be filed in the United States Bankruptcy Court for the Northern District of Ohio, Western Division, a Petition under 11 U.S.C. Chapter 13 on May 28, 2003. (See Exhibit "A")

3. That on or about June 16, 2003 a letter was forwarded to the Defendant advising of the Bankruptcy filing. (See Exhibit "B")

4. That on or about June 25, 2003 the Debtors' Chapter 13 Schedules were amended to include the Defendant, Superior Auto, as a secured creditor. (See Exhibit "C")

5. That on or about June 25, 2003 the Debtors' Chapter 13 Plan was amended to include the Defendant as a secured creditor on the Debtors' 1989 Chevrolet Astro Van to be paid the claim of approximately $300.00 with interest at the rate of 9% if

interest is claimed with the balance of the claim to be paid as unsecured. (See Exhibit "D")

6. That on or about September 11, 2003 this Court confirmed the Debtors' Chapter 13 Plan. That the Trustee has paid the secured portion of the claim.

7. That on or about March 4, 2004 a letter was forwarded to the Defendant requesting the release of the title in order to dispose of the vehicle or in the alternative for the Defendant to pick up the vehicle to make arrangement for disposal of the same. (See Exhibit "E") That the Defendant has refused to release its lien and forward the title as requested.

8. That the Defendants' actions constitute a blatant violation of the automatic stay of the Bankruptcy Reform Act of 1978 by attempting to collect a debt owed by the Debtors/Plaintiffs prior to the filing of the bankruptcy petition.

**WHEREFORE**, Plaintiff moves the Court to find the Defendants in contempt; for an injunction against the Defendants, jointly and severally, prohibiting any further acts in violation of the automatic stay; for the release of the vehicle title to the 1989 Astro Van; reasonable amount for attorney fees; punitive damages in the amount of Five Thousand and no/100 Dollars ($5,000.00); and any other relief the Court deems just and equitable.

**Respectfully submitted:**
RANDY L. REEVES CO., L.P.A.

**/S/ Randy L. Reeves**
BY: Randy L Reeves #0009934
Attorney for Debtor/Plaintiff
973 West North Street
Lima, Ohio 45805
Telephone: (419) 228-2122
Facsimile: (419) 222-6718

# ADVERSARY PROCEEDING COVER SHEET

B. 104 (Rev 8/99)

**Adversary Proceeding Number** (For Court Use Only)

| Plaintiff(s) | Defendant(s) |
|---|---|
| Richard Wayne McKanna<br>Debra Sue McKanna<br>551 Turner Ave<br>#76<br>Lima, OH 45804 | Superior Auto<br>3590 Elida Road<br>Elida, OH 45807 |
| **Attorney(s)** (Firm name, Address and Telephone Number)<br>Randy L Reeves #0009934<br>Randy L. Reeves Co LPA<br>973 W North St<br>Lima, OH 45805<br>419-228-2122<br>Fax: 419-222-6718 | **Attorney(s)** (If known) |

**Party** (Check one box only) ☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☒ 3 U.S. NOT A PARTY

**Cause of Action** (Write a brief statement of cause of action, including all U.S. Statutes involved)

Complaint for Violation of Automatic Stay pursuant to 28 U.S.C. Section 157 and 1334 and 11 U.S.C. Section 362.

## Nature of Suit
(Check the most appropriate box only)

- ☐ 454 To recover money or property
- ☐ 435 To determine validity, priority, or extent of a lien or other interest in property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chpt. 11, Chpt. 12 or Chpt. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a Plan
- ☐ 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☒ 498 Other (specify) **Violation of Automatic Stay**

**Origin Of Proceedings** (Check one box only)
☒ 1 Original Proceeding ☐ 2 Removed Proceeding ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another Bankruptcy Court ☐ Check if this is a Class Action under F.R.C.P. 23

**Demand** | Nearest Thousand | Other Relief Sought | ☐ Jury Demand

### Bankruptcy Case in Which This Adversary Proceeding Arises

| Name of Debtor | Bankruptcy Case No. |
|---|---|
| Richard Wayne McKanna<br>Debra Sue McKanna | 03-34166 |

| District in Which Case is Pending | Divisional Office | Name of Judge |
|---|---|---|
| Northern Dist of Oh | | Richard L. Speer |

### Related Adversary Proceeding (if any)

| Plaintiff | Defendant | Adversary Proceeding No. |
|---|---|---|
| District | Divisional Office | Name of Judge |

**Filing Fee** (Check one Box Only) ☐ Fee Attached ☒ Fee Not Required ☐ Fee is Deferred

| Date | Print Name | Signature of Attorney (or Plaintiff) |
|---|---|---|
| April 22, 2004 | Randy L Reeves #0009934 | /s/ Randy L Reeves #0009934 |

{SystemName} - {EventTitle}

Page 1 of 2

# Notice of Bankruptcy Case Filing

United States Bankruptcy Court
Northern District of Ohio

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 05/28/2003 at 5:52 PM and filed on 05/28/2003.

**Richard Wayne McKanna**
551 Turner Ave
#76
Lima, OH 45804
SSN: -3500

**Debra Sue McKanna**
551 Turner Ave
#76
Lima, OH 45804
SSN: -3362

The case was filed by the debtor's attorney:

**Randy Lee Reeves**
973 W North St
Lima, OH 45805
419-228-2122

The case was assigned case number 03-34166.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at http://www.ohnb.uscourts.gov or at your local Clerk's Office.



EXHIBIT "A"

# RANDY L. REEVES CO., L.P.A.

| | (X) | ( ) | ( ) |
|---|---|---|---|
| **Randy L. Reeves** | 973 W. North Street | 1709 Spielbusch | 221 S. Main Street |
| **William L. Swope** | Lima, Ohio 45805 | Suite 107 | Findlay, Ohio 45840 |
| | Tel (419) 228-2122 | Toledo, Ohio 43624 | Tel (419) 422-0288 |
| | Fax (419) 222-6718 | Fax (419) 244-0454 | Fax (419) 422-4181 |
| | rlreeves@wcoil.com | | |

June 16, 2003

Superior Auto Inc
3590 Elida Rd
Elida, OH 45807

     RE:    McKanna, Richard and Debra, Richard
               Chapter 13 03-34166
               Filed: May 28, 2003
               1989 Chevy Astro Van

Dear Sir / Ma'am,

    Please be advised that this office represents the above-named individual in a Chapter 13 bankruptcy proceeding, which was filed in the United States Bankruptcy Court for the Northern District of Ohio, Western Division, Case Number 03-34166 and was filed on May 28, 2003.

    Pursuant to said filing, all actions are automatically stayed against my client. Therefore, any further attempts to collect on the outstanding debt claimed due would violate the automatic stay and may cause an action to be filed in the United States Bankruptcy Court against you.

    Should you have any questions, please advise at your earliest convenience.

                                            Sincerely,
                                            **RANDY L. REEVES CO., L.P.A.**

                                            Jennifer Scott, Legal Secretary
                                            Randy L. Reeves #0009934
                                            Attorney at Law

Enc.

EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: ) Case No 03-34166
Richard McKanna
Debra McKanna ) Judge: Richard L Speer
Debtor(s)

## AMENDMENT TO PETITION, SCHEDULES, AND/OR STATEMENT OF AFFAIRS PURSUANT TO BANKRUPTCY RULE 1009

The attachments hereto amend the following:

____ A  ____ B  ____ C  ✗ D  ____ E  ✗ F

____ G  ____ H  ____ I  ____ J  ✗ Matrix

_____ Other

Debtor represents that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of the Acts of Congress and Bankruptcy Rules relating to the debtor.

Debtor(s) Richard Wayne McKanna and Debra Sue McKanna

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____  _____
Signature Richard McKanna

Executed on: _____  _____
Signature Debra Sue McKanna

### CERTIFICATE OF SERVICE

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Order of Meeting of Creditors was sent via regular U.S. Mail or Via Electronic Mail to each creditor as reflected on the attached matrix. ***Location 341*** and upon **The United States Trustee** this ___ day of _____, 200_.

_____
**Randy L Reeves #0009934**
Attorney for Debtor
973 West North Street
Lima, Ohio 45805
Telephone: (419) 228-2122
Facsimile: (419) 222-6718

EXHIBIT "C"

In re   Richard Wayne McKanna,                                              Case No.   03-34166
        Debra Sue McKanna
                                              Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Superior Auto <br> 3590 Elida Road <br> Elida, OH 45807 | | J | 5-2002 <br><br> Lien on vehicle title <br><br> 1989 Chevy Astro Van <br><br> Value $ 300.00 | | | | 3,200.00 | 2,900.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

0   continuation sheets attached

|   | Subtotal (Total of this page) | 3,200.00 |
|---|---|---|
|   | Total (Report on Summary of Schedules) | 3,200.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

**Miscellaneous:**

03-34166-rls Richard Wayne McKanna and Debra Sue McKanna

Notice of Electronic Filing

The following transaction was received from Reeves, Randy Lee entered on 6/25/2003 at 9:44 AM EDT and filed on 6/25/2003
Case Name: Richard Wayne McKanna and Debra Sue McKanna
Case Number: 03-34166-rls
Document Number: 8

Docket Text:
Amended Schedules. D, F and Matrix. Receipt Number CC, Fee Amount $20. Filed by Debra Sue McKanna, Richard Wayne McKanna. (Reeves, Randy aty)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: Z:\MASTER\PDF to be filed\McKanna Amend.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1005852789 [Date=6/25/2003] [FileNumber=3472413-0
] [9724ad8dd51b41a25a0bda8cd787acc6fdd74ab9bbc01b641a42837ec56d9a1f403
91a26bcd59df04b11180e0cb8722ba94c5d7daf6ed02648c92570ca7c5ec1]]

03-34166-rls Notice will be electronically mailed to:

Anthony B DiSalle    ABDCH13@ameritech.net

Randy Lee Reeves    rlrbankruptcynotice@wcoil.com

03-34166-rls Notice will not be electronically mailed to:

# NOTE: Do not REPLY to this email. It is an automated message, and replies are not normally read.

# AMENDED CHAPTER 13 PLAN
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In Re:

Richard McKanna / Case No. 03-34166
Debra McKanna
/ Judge Richard L Speer
Debtor(s).
/ **Chapter 13 Plan**

(1) The future earnings or other future income of the Debtors is submitted to supervision and control of the Trustee.

(2) **THE DEBTORS SHALL PAY TO THE TRUSTEE** the sum of $ 300.00 per month for a period not to exceed 60 months.

(3) Trustee shall make disbursements as follows:

    a) Full payment in deferred cash payments of all priority claims under Section 507.

    b) Secured Creditors

        1) **Superior Auto** is secured by a lien on vehicle title on the Debtors' 1989 Chevrolet Astro Van and shall be paid its allowable secured claim of approximately $300.00 by the Trustee, with interest at 9% if interest is claimed to the extent of the secured portion of the claim. The balance of said claim is to be paid as unsecured below.

        2) **CNAC** is secured by a lien on vehicle title on the Debtors' 1994 Chevy S-10 and will be paid its allowable secured claim of approximately $3,815.00 by the Trustee, with interest at 9% if interest is claimed to the extent of the secured portion of the claim. The balance of said claim is to be paid as unsecured below.

    c) After payment of all priority and secured claims, the Trustee shall pay 70% of all unsecured claims duly proved and allowed.

(4) The Court, from time to time during the period of this Plan, may increase or decrease the amount of the payments provided in this Plan or extend or reduce the period of time for any such payments.

(5) Title to the Debtor's property shall remain property of the estate until completion of the Chapter 13 Plan.

(6) All Creditors with claims disallowed or who fail to file claims will be barred from proceeding with any action against the debtor or cosignors\codebtors or their property and upon completion of the Plan to the extent said creditor is secured said creditor shall immediately release it's security interest. As this is a 70% plan upon completion all claims against cosignors\codebtors will be satisfied and payments hereunder will be accepted by the creditor in full satisfaction of its claim.

EXHIBIT "D"

(7) Upon payment to secured creditors on their allowable secured claim, the secured property will be deemed redeemed and the secured creditors will release their liens.

Dated: June 24, 2003               Signature /S/Richard McKanna
                                   Richard McKanna
                                   Debtor

Dated: June 24, 2003               Signature /S/ Debra McKanna
                                   Debra McKanna
                                   Debtor

(7) Upon payment to secured creditors on their allowable secured claim, the secured property will be deemed redeemed and the secured creditors will release their liens.

Dated: 2-24-03    Signature /s/ Richard McKanna
                  Richard McKanna
                  Debtor

Dated: 2-24-03    Signature /s/ Debra McKanna
                  Debra McKanna
                  Debtor

## File a Plan:

03-34166-rls Richard Wayne McKanna and Debra Sue McKanna

Notice of Electronic Filing

The following transaction was received from Reeves, Randy Lee entered on 6/25/2003 at 9:56 AM EDT and filed on 6/25/2003

**Case Name:** Richard Wayne McKanna and Debra Sue McKanna
**Case Number:** 03-34166-rls
**Document Number:** 9

**Docket Text:**
Amended Chapter 13 Plan Filed by Debra Sue McKanna, Richard Wayne McKanna (related document(s) [3]). (Reeves, Randy aty)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\MASTER\ECF Files\MCKANNAR\Plan.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1005852789 [Date=6/25/2003] [FileNumber=3472733-0
] [5a6f4dab46667f966768020cac2d49bd5c509a85bd7cbbba14d967615054f24567c
940543ccb7539d5c9f3eb1db647a146219bb42d772e1fee2ab820d94488e4]]

**03-34166-rls Notice will be electronically mailed to:**

Anthony B DiSalle       ABDCH13@ameritech.net

Randy Lee Reeves        rlrbankruptcynotice@wcoil.com

**03-34166-rls Notice will not be electronically mailed to:**

# NOTE: Do not REPLY to this email. It is an automated message, and replies are not normally read.

04-03155-rls    Doc 1    FILED 04/22/04    ENTERED 04/22/04 16:44:15    Page 12 of 14

# RANDY L. REEVES CO., L.P.A.

**Randy L. Reeves**
**William L. Swope**

(X)
973 W. North Street
Lima, Ohio 45805
Tel (419) 228-2122
Fax (419) 222-6718

( )
1709 Spielbusch Ave.
Suite 107
Toledo, Ohio 43624
Fax (419) 244-0454

( )
221 S. Main Street
Findlay, Ohio 45840
Tel (419) 422-0288
Fax (419) 422-4181

March 4, 2004

Superior Auto
3590 Elida Road
Elida, Ohio 45807

RE: McKanna, Richard W. / Debra S.
Case # 03-34166-rls

Dear Sir or Madam:

As you are aware Richard and Debra McKanna are in a Chapter 13 Bankruptcy proceeding which was filed on May 28, 2003. The Court thereafter confirmed his Chapter 13 Plan on September 11, 2003. Your claim was treated in your Chapter 13 no Proof of Claim was filed and pursuant to the Chapter 13 Plan I am requesting that you forward the Title to the 1989 Astro Van so my clients may dispose of the same. The vehicle is not in running condition and the Title requested so said vehicle may be disposed of. In the event that you would like to have the vehicle although my clients are not required to surrender the same to you they will allow you to pick up the vehicle and dispose of the same.

In any event I anticipate either receiving the Title within ten (10) days of the date of this letter with the Lien released or a letter from you advising that you wish to have the vehicle at which time arrangements will be made accordingly.

Sincerely,

RANDY L. REEVES CO., L.P.A.

RANDY L. REEVES
Attorney at Law

RLR/jes
Cc: McKanna

EXHIBIT "E"

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Superior Auto
Street, Apt. No., or PO Box No: 3590 Elida Rd
City, State, ZIP+4: Elida, OH 45807

Article Number: 7001 0320 0003 2040 7113

PS Form 3800, January 2001

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Auto
3590 Elida Rd.
Elida, OH 45807

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ronnie Dunn
C. Date of Delivery: 3/1/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0003 2040 7113

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509