UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  
Richard Wayne McKanna  
Debra Sue McKanna  
        Debtor.*

JUDGE RICHARD L. SPEER

CASE NO. 03-34166

Richard Wayne McKanna, et al.

ADVERSARY PROCEEDING NO. 04-3155

        Plaintiff,

v.

Superior Auto  
        Defendant.

## SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE

To the above-named defendant:

You are hereby summoned and required to serve upon **Randy L. Reeves, Esq.**, plaintiff's attorney, whose address is **973 West North Street, Lima, OH 45805** either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by the following date prescribed by the court **May 27, 2004** except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint is served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE-TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE:
**Wednesday, June 2, 2004 at 11:00 A.M.**
**Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.**

**ATTENDANCE AT PRE-TRIAL AT THE TIME STATED ABOVE IS REQUIRED UNLESS OTHERWISE AUTHORIZED BY THE COURT.**

    Kenneth J. Hirz  
    *Clerk of the Bankruptcy Court*

*[Seal of the U.S. Bankruptcy Court]*  
Date of issuance: April 27, 2004

By: _____  
    *Deputy Clerk*

---

* Include all names used by debtor within last six years

# CERTIFICATE OF SERVICE

I, RANDY L. REEVES
of** 973 WEST NORTH STREET, LIMA, OHIO 45805
certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 28TH day of APRIL, 20 04
I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on

SUPERIOR AUTO

the defendant in this proceeding, by [describe here the mode of service]
REGULAR U.S. MAIL AND CERTIFIED MAIL

the said defendant at

3590 ELIDA ROAD
ELIDA, OHIO 45807

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __04/28/2004__          ____/S/ RANDY L REEVES____
          [Date]                              [Signature]

** State mailing address